UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding in a Criminal Term

Grand Jury Sworn in on 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **DONALD HUNTER,** | : | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(B)(iii) |
| | : | (Unlawful Distribution of 5 Grams or More |
| | : | of Cocaine Base); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Distribution of Cocaine Base |
| | : | Within 1000 Feet of a School) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about November 5, 2002, within the District of Columbia, **DONALD HUNTER**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

### COUNT TWO

On or about November 5, 2002, within the District of Columbia, **DONALD HUNTER**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled

substance, and the amount of said mixture and substance was 5 grams or more, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of real property comprising Elliott Junior High School a public junior high school in the District of Columbia.

    (**Unlawful Distribution of Cocaine Base Within 1000 Feet of a School**, in violation of 21, United States Code, Section 860(a))

A TRUE BILL:

FOREPERSON

Attorney of the United States in
and for the District of Columbia