| | | | | |
|---|---|---|---|---|
| No Papers Count(s) _____ | Court File Date 10-15-05 | LOCK UP L-30 | PDID CR05-374-HHK DOB _____ CCR _____ | HUNTER, DONALD ADRIA |
| Charges Filed 2 | ☐ CITATION  ☐ BOND  ☐ Collateral $ _____  Page _____ | | | Lockup Nbr: 30 |
| Felony A, B | DEFENSE COUNSEL ☐ PRO SE | CODE | S C A R  DATE WITHDRAWN | PDID: 0364735 |
| Misdemeanor ___ | 1. SI _____ | | ☐ ☐ ☐ ☐ _____ | |
| Traffic ___ | 2. _____ | | ☐ ☐ ☐ ☐ _____ | DOB: 08/09/65 |
| U.C. ___ | | | | |
| A Dist.(C) | PROSECUTOR | CODE | ASSIGNED TO JUDGE | |
| B DFZ | 1. _____ | | | |
| C | 2. _____ | | Cal. Number _____ | CCR: 0000000 |
| D | ☐ Defendant informed of rights pursuant to Superior Court Rule 5(b) including the right to counsel. | | ☐ LINEUP ORDER FILED | |
| E | Count(s) A,B  PLEA: ☐ Not Guilty ☐ Guilty, JUDGMENT Guilty | | ☐ Sworn Statement Filed Rule 5(c) Determination ☐ Made  ☐ Waived | |
| F | | | | |
| G | CONTINUED DATE | | BOND CONDITIONS | |
| H | PREL. HEARING | | BOND AMOUNT $ NO BOND | |
| I | STATUS HEARING | | ☐ CASH ____ %  ☐ SURETY | FILED |
| ER | JURY TRIAL | | ☐ PERSONAL RECOGNIZANCE | OCT 18 2005 |
| PROBATION | NON-JURY | | ☐ Third Party Custodian | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| ☐ 163 FILED | | | ☐ Contribution Ordered | |

Sentence Date _____
Report Due Date _____
Date Jacket Ready For Probation
Date Received in Probation
By _____
Date Jacket Returned to Crim. Div.

☐ Defendant Advised of Penalties for Failure to Appear.

21 841(a) b(b), 21 960 (a)(1) granted Monday
To District Court eve 10/17/05

Count(s) _____ Nolle Prosequi Prosecutor: _____

| COURT REPORTER | TAPE ☐ | CLERK | JUDGE/COMM. |
|---|---|---|---|
| | C O | clerk | |

☐ NEW COMMITMENT  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY

| Diversion Date Admitted | DISPOSED | | | | PENDING | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | CLOSED | CONT. PAY | ShowCause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated |

DATE: _____  FINAL DISPOSITION ONLY

_____
_____
_____
_____

Count(s) _____ Nolle Prosequi Prosecutor: _____
COURT REPORTER _____ TAPE ☐ CLERK _____ JUDGE/COMM. _____

☐ NEW COMMITMENT EXECUTED  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED

| All Counts Closed JACKET MAY GO TO CLOSED FILES  Updated by | DISPOSED CLOSED  Held G.J.  CONT. PAY  ShowCause  B/W  Others | Updated By |
|---|---|---|

Superior Court of the District of Columbia
CRIMINAL DIVISION
SPECIAL PROCEEDINGS

UNITED STATES VS HUNTER, DONALD ADRIA

SP2952 '05

| DATE: 10-17-05 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN JURY DEMAND WITHDRAWN PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) | CONTINUED DATE | Continued for: | In Courtroom No. |
|---|---|---|---|---|---|---|
| COURT REPORTER | TAPE ☐ COUNT(S) | Bench Warrant Ordered and issued Forthwith  Bench Warrant Bond $ | COUNT(S) | Preliminary Hearing ☐ Held  ☐ Held for G.J. Action ☐ Waived ☐ No Probable Cause | | ☐ Remaining counts to be dismissed at sentencing |
| Counsel: ☐ IS PRESENT ☐ IS NOT PRESENT | Defendant: ☐ IS PRESENT ☐ IS NOT PRESENT | BOND $ | | ☐ CASH ____% ☐ SURETY | ☐ P.R. REMAINS | ☐ Changed to P.R. |

Contents of Jacket Forwarded to U.S. D.S. Court.

| Count(s) ____ | Nolle Prosequi Prosecutor: ____ | | ☐ Defendant Advised of Penalties for Failure to Appear. |
|---|---|---|---|
| ☐ NEW COMMITMENT EXECUTED | ☐ BACK TO JAIL O.C. | ☐ RELEASE EXECUTED | ☐ NOT IN CUSTODY |
| DISPOSED | | PENDING | CLERK/JUDGE/COMM. |
| CLOSED | Held G.J. | CONT. PAY | Show Cause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated By | *SP Brach* (signed) |

| DATE: | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN JURY DEMAND WITHDRAWN PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) | CONTINUED DATE | Continued for: | In Courtroom No. |
|---|---|---|---|---|---|---|
| COURT REPORTER | TAPE ☐ COUNT(S) | Bench Warrant Ordered and issued Forthwith  Bench Warrant Bond $ | COUNT(S) | Preliminary Hearing ☐ Held  ☐ Held for G.J. Action ☐ Waived ☐ No Probable Cause | | ☐ Remaining counts to be dismissed at sentencing |
| Counsel: ☐ IS PRESENT ☐ IS NOT PRESENT | Defendant: ☐ IS PRESENT ☐ IS NOT PRESENT | BOND $ | | ☐ CASH ____% ☐ SURETY | ☐ P.R. REMAINS | ☐ Changed to P.R. |

| Count(s) ____ | Nolle Prosequi Prosecutor: ____ | | ☐ Defendant Advised of Penalties for Failure to Appear. |
|---|---|---|---|
| ☐ NEW COMMITMENT EXECUTED | ☐ BACK TO JAIL O.C. | ☐ RELEASE EXECUTED | ☐ NOT IN CUSTODY |
| DISPOSED | | PENDING | CLERK | JUDGE/COMM. |
| CLOSED | Held G.J. | CONT. PAY | Show Cause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated By | |

| DATE: | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN JURY DEMAND WITHDRAWN PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) | CONTINUED DATE | Continued for: | In Courtroom No. |
|---|---|---|---|---|---|---|
| COURT REPORTER | TAPE ☐ COUNT(S) | Bench Warrant Ordered and issued Forthwith  Bench Warrant Bond $ | COUNT(S) | Preliminary Hearing ☐ Held  ☐ Held for G.J. Action ☐ Waived ☐ No Probable Cause | | ☐ Remaining counts to be dismissed at sentencing |
| Counsel: ☐ IS PRESENT ☐ IS NOT PRESENT | Defendant: ☐ IS PRESENT ☐ IS NOT PRESENT | BOND $ | | ☐ CASH ____% ☐ SURETY | ☐ P.R. REMAINS | ☐ Changed to P.R. |

| Count(s) ____ | Nolle Prosequi Prosecutor: ____ | | ☐ Defendant Advised of Penalties for Failure to Appear. |
|---|---|---|---|
| ☐ NEW COMMITMENT EXECUTED | ☐ BACK TO JAIL O.C. | ☐ RELEASE EXECUTED | ☐ NOT IN CUSTODY |
| DISPOSED | | PENDING | CLERK | JUDGE/COMM. |
| CLOSED | Held G.J. | CONT. PAY | Show Cause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated By | |

| Name: | Docket No.: |
|---|---|

L-30

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES                               TOT
No._____

Vs.                                         P.D.I.D. No. 364-735

Donald Hunter _____ (Defendant)

☐  This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: __10/17/05__.

## COMMITMENT/RELEASE

☑ NO BOND
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _____

☐  Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____.

**DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:**

Name: _____

Address: _____

Telephone No. _____

DEFENDANT'S NAME: _____

Address: _____

_____    Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: __10/15/05__          _____
                            JUDICIAL OFFICER PRESIDING

white-court          yellow-usao          Pink-defense

CD-3026/Mar. 03

# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-374 | MAGIS. NO: |
| v.<br><br>DONALD HUNTER | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Donald Hunter | |
| DB:          PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:    INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF COCAINE BASE WITHIN 1000 FEET OF A SCHOOL

| VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>21:841(a)(1) and 841(b)(1)(B)(iii); 21:860(a)(1) | |
|---|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED:<br>10/7/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>10/7/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| OTA CASE:   Yes      No   X | | OCDETF CASE:   Yes      No   X |

## ADVICE OF RIGHTS

Place  WASHINGTON, D.C.
Date  10/14/05
Time  2:15 pm

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during the questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed  *Donald A. Hunter*

10/14/05
2:16p

Witness: *Hanta*
Witness: *[signature]*
Time: 2:17 pm

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding in a Criminal Term

Grand Jury Sworn in on 29, 2005

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 05-374 |
| v. | GRAND JURY ORIGINAL |
| DONALD HUNTER, | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| Defendant. | and §841(b)(1)(B)(iii) |
| | (Unlawful Distribution of 5 Grams or More |
| | of Cocaine Base); |
| | 21 U.S.C. §860(a) |
| | (Unlawful Distribution of Cocaine Base |
| | Within 1000 Feet of a School) |

**INDICTMENT**

FILED IN OPEN COURT

OCT 07 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

The Grand Jury charges that:

**COUNT ONE**

On or about November 5, 2002, within the District of Columbia, DONALD HUNTER, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(Unlawful Distribution of 5 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

**COUNT TWO**

On or about November 5, 2002, within the District of Columbia, DONALD HUNTER, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled

04-435

substance, and the amount of said mixture and substance was 5 grams or more, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of real property comprising Elliott Junior High School a public junior high school in the District of Columbia.

(Unlawful Distribution of Cocaine Base Within 1000 Feet of a School, in violation of 21, United States Code, Section 860(a))

A TRUE BILL:

*[signature]*

FOREPERSON

*[signature]*
Attorney of the United States in
and for the District of Columbia

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SINGLE REPRESENTATION PROGRAM

30

UNITED STATES V. __Hunter D_____

LOCKUP NUMBER _____30_____

The Court has the following attorney to represent the defendant at all future proceedings:

| ATTORNEY: | BAR NUMBER: |
|---|---|
|  |  |

THE FOLLOWING ATTORNEY APPEARED FOR ARRANGEMENT/PRESENTMENT ONLY UNDER THE REPRESENTATION PROGRAM:

- ☐ Nancy Allen
- ☐ Betty Ballester
- ☐ Abraham Blitzer
- ☐ Dennis Braddock
- ☐ Sharon Burka
- ☐ April Downs
- ☐ Thomas Engle
- ☐ Barney Hamilin
- ☒ Paul Riley
- ☐ Corinne Schultz
- ☐ Myrtle Wyre

White - Court File    Canary - Attorney Record    Pink - U.S. Attorney File

O-3022/Jun. 02