*United States District Court*
*for the District of Columbia*

the 23 day of January 2006

United States

vs.

Donald Hunter

~~Civil~~ Criminal Action No. CR-5-374-01

FILED
JAN 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Clerk of said Court will please enter Appearance as retained Counsel.

Bernard Grimm  378171
(Name)   (Bar ID)        (Name)   (Bar ID)

503 D St. N.W
(Address)                 (Address)

(202) 371-0300
(Phone Number)            (Phone Number)

Mr. Hunter
(Attorney for)            (Attorney for)

PRAECIPE
CO-525 (1/06)